LAW OFFICES OF JULIA M. YOUNG
JULIA M. YOUNG, SBN 225077
4120 Douglas Blvd., Suite 306-494
Granite Bay, CA 95746
Tel:  (916) 296-0786
Fax: (916) 914-1997
*juliayoung21@hotmail.com*

Attorney for Plaintiff
ROBERT RICHARD BOMBACI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RICHARD BOMBACI,<br><br>        Plaintiff,<br><br>vs.<br><br>M. BOIM,<br><br>        Defendant. | No. 2:16-cv-1906 CKD P<br><br>ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that the discovery date cut off in this matter is extended to February 17, 2017, so plaintiff can take the deposition of the defendant in this matter.  (See ECF No. 11.)

IT IS SO ORDERED.

**Dated:  January 13, 2017**

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE