1  LAW OFFICES OF JULIA M. YOUNG
   JULIA M. YOUNG, SBN 225077
2  4120 Douglas Blvd., Suite 306-494
   Granite Bay, CA 95746
3  Tel:  (916) 296-0786
   Fax: (916) 914-1997
4  *juliayoung21@hotmail.com*

5
   Attorney for Plaintiff
6  ROBERT RICHARD BOMBACI

7

8                IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 ROBERT RICHARD BOMBACI,          )  Case No.: 2:16-cv-1906 CKD P
                                     )
12                    Plaintiff,     )  ORDER GRANTING STIPULATION OF
                                     )  THE PARTIES TO EXTEND THE
13 vs.                               )  DISCOVERY CUT-OFF TO MARCH 17,
                                     )  2017
14 M. BOIM,                          )
                                     )
15                                   )
                                     )
16                    Defendant.     )
                                     )
17 _____)

18

19        GOOD CAUSE APPEARING, it is hereby ordered that the discovery date cut off in

20 this matter is extended to March 17, 2017, so plaintiff can take the deposition of the defendant

21 in this matter.

22        IT IS SO ORDERED.

23

24 **Dated:  February 15, 2017**

25                                    _____
26                                    CAROLYN K. DELANEY
27                                    UNITED STATES MAGISTRATE JUDGE

28