UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RICHARD BOMBACI, | No. 2:16-cv-1906 CKD P |
| Plaintiff, | |
| v. | ORDER |
| M. BOIM, | |
| Defendant. | |

The dispositive motion filing deadline expired on April 7, 2017. (ECF No. 10.) Because the parties have not filed dispositive motions, the court will set a final pretrial conference and trial. However, before setting a trial date, the court will require that the parties exhaust settlement efforts and will refer the parties to a randomly selected magistrate judge for a settlement conference. The settlement conference will be set to occur at the U.S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom 8 before Magistrate Judge Edmund F. Brennan on August 10, 2017, at 10:00 a.m. If plaintiff is still incarcerated his counsel must file a motion for an order and writ of habeas corpus ad testificandum in order to secure his presence at the settlement conference. Any such motion must include information about where plaintiff is incarcerated and be filed sufficiently in advance of the settlement conference that plaintiff's transport can be arranged.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Discovery is closed.

2. Law and Motion is closed.

3. The parties are hereby notified that a Settlement Conference has been SET for August 10, 2017, at 10:00 a.m. in Courtroom 8 before Magistrate Judge Edmund F. Brennan.

4. The parties are directed to submit confidential settlement conference statements via e-mail (efborders@caed.uscourts.gov) to chambers seven (7) days prior to the settlement conference. Such statements are neither to be filed with the clerk nor served on opposing counsel. However, each party shall e-file a one page document entitled Notice of Submission of Confidential Settlement Conference Statement. The parties may agree, or not, to serve each other with the settlement statements. Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms. See Local Rule 270.

Dated: May 31, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:bomb1906.settlement